UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN HOLLEY, et al.,

            Plaintiffs,

      v.

GILEAD SCIENCES, INC.,

            Defendant.

AND ALL CONSOLIDATED CASES

Case No. 18-cv-06972-JST

**ORDER REGARDING PRO HAC VICE STATUS**

In response to the Court's order regarding pro hac vice status, ECF No. 987, attorneys Katrina Ashley, Anthony Godfrey, Robert Hilliard, and Michael Richardson have filed multiple pro hac vice applications in the consolidated cases.  The Court has reviewed the pending applications and now grants them, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

As previously ordered, "the Clerk is directed to terminate from the dockets of each case any attorneys who are not members of the bar of this Court and who have not been granted permission to appear pro hac vice in that case."  ECF No. 987 at 2.

**IT IS SO ORDERED.**

Dated:  October 13, 2022

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California